**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

------------------------------------------------------------------------x
Endya Lagrone,

                     Plaintiff,

                                                                                                   Case No.: 4:22-cv-487

      -against-

Transunion, LLC,
Together Credit Union,
                     Defendant(s).
------------------------------------------------------------------------x

**<u>JOINT STIPULATION OF DISMISSAL AS TO TOGETHER CREDIT UNION</u>**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Together Credit Union, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party is responsible for their own attorney's fees.

**Dated:** <u>August 2, 2022</u>

| For Plaintiff Endya Lagrone | For Defendant Together Credit Union |
|---|---|
| <u>/s/ Yaakov Saks</u><br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>ysaks@steinsakslegal.com | <u>/s/ Thomas M. Martin</u><br>Thomas M. Martin<br>Lewis Rice, LLC<br>1010 Walnut Street Suite 500<br>Kansas City, MO 64106<br>Ph:  (816) 421-2500<br>tmmartin@lewisricekc.com |

|  |  |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on August 2, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*